USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELLIOT MURPHY,  :  06 Civ. 1177 (SHS)

              Petitioner,  :

-against-  :  ORDER

MICHAEL MCGUINESS,  :

             Respondent.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       In a Report and Recommendation dated August 7, 2008, Magistrate Judge Frank Maas recommended that this petition for a writ of *habeas corpus* be denied. As of today, the Court's records indicate that no objections have been filed by petitioner.

       Afer a *de novo* review of Magistrate Judge Maas' Report and Recommendation dated August 7, 2008,

       IT IS HEREBY ORDERED that:

       1.     Magistrate Judge Maas' "Report and Recommendation" is adopted;

       2.     The petition pursuant to 28 U.S.C. § 2254 is dismissed;

       3.     As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253 (as amended by the AEDPA); Middleton v. Attorneys Gen. of New York and Pennsylvania, 396 F.3d 207

(2d Cir. 2005) (per curiam); Lucidore v. New York State Div. of Parole, 209 F.3d 107, 111-13 (2d Cir. 2000); Soto v. United States, 185 F.3d 48, 51-53 (2d Cir. 1997); United States v. Perez, 129 F.3d 255, 259-60 (2d Cir. 1997), cert. denied, 525 U.S. 953 (1998); and

    4.    Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
         September 2, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.